IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Newport News Division)
CASE NO. _____ 4:15cv99

TAMARA H. BIZZELL

    Plaintiff

v.

PMAB, LLC

    Defendant



FILED
SEP 1 6 2015
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant PMAB, LLC ("Defendant") hereby removes to this Court the state court action described below.

1. On August 13, 2015, Plaintiff Tamara H. Bizzell ("Plaintiff") filed an action in the Williamsburg/James City County General District Court, entitled and captioned: *Tamara H. Bizzell v. PMAB, LLC*. A full copy of the state court record is attached hereto as Exhibit 1.

2. Defendant was served with the state court action on August 17, 2015.

3. Defendant has filed this Notice of Removal within thirty (30) days after service of process.

4. In her Complaint, Plaintiff alleges causes of action under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (TCPA).

5. This Court has original jurisdiction over this case under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(c) in that it presented a federal question, in that Plaintiff alleged violations of the TCPA.

6. As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Williamsburg/James City County General District Court where the action is currently pending. A copy of the Notice is attached as Exhibit 2. .

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the Williamsburg/James City County General District Court be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Bradley T. Canter, Esquire
Bar #86766
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
bcanter@roncanterllc.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy this Notice of Removal was served by First Class Mail, postage prepaid on this 15th day of September, 2015 to:

>Christopher C. North, Esq.
>The Consumer & Employee Rights Law Firm, P.C.
>751-A Thimble Shoals Blvd.
>Newport News, Virginia 23606
>cnorthlaw@aol.com
>*Attorney for Plaintiff*

>_____
>Bradley T. Canter, Esquire
>*Attorney for Defendant*