# EXHIBIT 1

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia   VA. CODE § 16.1-79

Williamsburg/James City County ............................ General District Court
CITY OR COUNTY

5201 Monticello Ave., Ste. 2, Williamsburg, Virginia 23185
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
September 28, 2015 at 1:30 p.m. .... to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

DATE ISSUED ............................. [ ] CLERK   [ ] DEPUTY CLERK   [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 75,000.00 ... net of any credits, with interest at ...... 6.00 % from date of ... judgment ... until paid,

$ 54.00 ... costs and $ ............ attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [x] Other (EXPLAIN)
Statutory damages for violation of the TCPA when at least 50 automated calls or calls that used an artificial pre-recorded voice that were made without prior consent to Plaintiff's cellular telephone number between January 1, 2014 through June 30, 2015.

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [x] cannot be demanded

August 13, 2015    _____
DATE                [ ] PLAINTIFF [x] PLAINTIFF'S ATTORNEY [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ...............................................................

for $ ........... net of any credits, with interest at ........ % from date

of ............... until paid, $ ........... costs and $ ........... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ...........................................
[ ] NON-SUIT  [ ] DISMISSED ..................................................................

Defendant(s) Present? [ ] YES
                       [ ] NO

.................................
DATE

_____
JUDGE

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

---

CASE NO. ..........................................

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Bizzell, Tamara H.

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
PMAB, LLC

Serve: CT Corporation System, Registered Agent

4701 Cox Road, Suite 285

Glen Allen, Virginia 23060

**WARRANT IN DEBT**
* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.
[ ] To dispute this claim, you must appear on the return date to try this case.
[x] To dispute this claim, you must appear on the return date for the judge to set another date for trial

Bill of Particulars ............... ORDERED ............... DUE

Grounds of Defense ............... ORDERED ............... DUE

ATTORNEY FOR PLAINTIFF(S)
Christopher C. North, Esq.

751-A Thimble Shoals Blvd, N.N, VA 23606; (757) 873-1010

ATTORNEY FOR DEFENDANT(S)

---

**HEARING DATE AND TIME**
9/28/15
at 1:30 p.m.

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

............... DATE

............... CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

NAME .................................................

ADDRESS ...........................................

[ ] PERSONAL SERVICE  Tel. No. .......

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

_____
SERVING OFFICER

for _____

_____
DATE

---

NAME .................................................

ADDRESS ...........................................

[ ] PERSONAL SERVICE  Tel. No. .......

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

_____
SERVING OFFICER

for _____

_____
DATE

---

NAME .................................................

ADDRESS ...........................................

[ ] PERSONAL SERVICE  Tel. No. .......

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

_____
SERVING OFFICER

for _____

_____
DATE

---

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

8/13/15   *[signature]*
DATE           [ ] Plaintiff
               [ ] Plaintiff's Atty.
               [x] Plaintiff's Agent

Fi. Fa. issued on ..................................
Interrogatories issued on: ....................
Garnishment issued on ........................

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff

3. If you mail this request to the court, you will be notified of the judge's decision.

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04