# EXHIBIT 2

IN THE WILLIAMSBURG/JAMES CITY COUNTY GENERAL DISTRICT COURT

VIRGINIA:

| | |
|---|---|
| TAMARA H. BIZZELL ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No: GV15002130-00 |
| ) | |
| PMAB, LLC ) | |
| ) | |
| Defendant ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Attached hereto, please find a copy of the Notice of Removal, removing the above-referenced matter to the United States District Court for the Eastern District of Virginia.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Bradley T. Canter, Esquire
Bar #86766
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
bcanter@roncanterllc.com
*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy this Notice of Filing of Notice of Removal was served by First Class Mail, postage prepaid on this 15th day of September, 2015 to:

>Christopher C. North, Esq.
>The Consumer & Employee Rights Law Firm, P.C.
>751-A Thimble Shoals Blvd.
>Newport News, Virginia 23606
>cnorthlaw@aol.com
>*Attorney for Plaintiff*

Bradley T. Canter, Esquire
*Attorney for Defendant*