**The Law Offices of
Ronald S. Canter, LLC**
200A Monroe Street, Suite 104
Rockville, Maryland 20850
www.roncanterllc.com

---

*Bradley T. Canter, Esquire*　　　　　　　　　　　　　　　　　301-424-7490
*Licensed in MD, VA*　　　　　　　　　　　　　　　　　　　　301-424-7470 Fax
　　　　　　　　　　　　　　　　　　　　　　　　　bcanter@roncanterllc.com

September 15, 2015

**VIA OVERNIGHT MAIL**
Fernando Galindo, Clerk
United States District Court
　for the Eastern District of Virginia
2400 West Avenue
Newport News, Virginia 23607

　　　　Re:　Tamara H. Bizzell v. PMAB, LLC
　　　　　　　Williamsburg/James City County General District Court
　　　　　　　State Case No.: GV15002130-00

Dear Mr. Galindo:

I enclose for filing the following:

1. Defendant's Notice of Removal with Exhibit 1 and 2;
2. Civil Cover Sheet;
3. Filing Fee of $400.00.
4. Rule 7.1 Disclosure Statement
5. CD with all documents in PDF format.

Thank you for your kind cooperation in filing this Notice of Removal.

　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　THE LAW OFFICES OF RONALD S. CANTER, LLC


　　　　　　　　　By: _____
　　　　　　　　　　　　Bradley T. Canter, Esq.

RSC/mdl
Enclosure(s)