```
Court Name: U S District Court
Division: 4
Receipt Number: 44683006840
Cashier ID: jmeyers
Transaction Date: 09/16/2015
Payer Name: BRADLEY T. CANTER
```

CIVIL FILING FEE
 For: BRADLEY T. CANTER
 Case/Party: D-VAE-4-15-CV-000099-001
 Amount:      $400.00

CHECK
 Check/Money Order Num: 3592
 Amt Tendered: $400.00

Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

BIZZELL V. PMAB, LLC

4:15CV99